UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                        CASE NO.: 04-02158-8-RDD

NUNN, JEROME C.                                               SSN: XXX-XX-

DEBTOR(S)                                                     CHAPTER 7

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 12 | Bret Bravard<br>c/o Robert K. Handelman<br>360 South Grant Ave.<br>Columbus, OH 43215 | $ 43.10 |
| 19 | Gregory S. Hitchings<br>c/o Robert K. Handelman<br>360 South Grant Ave.<br>Columbus, OH 43215 | $ 43.70 |
| 20 | Jeffrey L. Hoffman<br>c/o Robert K. Handelman<br>360 South Grant Ave.<br>Columbus, OH 43215 | $ 33.67 |
| 52 | Lawrence W. Miller<br>c/o Stephen L. Beaman<br>PO Box 1907<br>Wilson, NC 27894 | $451.11 |

DATED:  February 15, 2011

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252)  937-2200

cc:  Bankruptcy Administrator